# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

SCANNED at BCF and Emailed on
10/30/23 by PM — 14 pages.
(date)   (initials)   (from)

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION CHALLENGING A PRISON DISCIPLINARY PROCEEDING

FILED
10/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

*[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]*

| Name (under which you were convicted): VICTOR KARP | Case No. *[For a new case in this court, leave blank.*<br><br>3:23-cv-00184-MPB-CSW |
|---|---|
| Place of Confinement : Branchville Correctional Facility | Earliest Possible Release Date: March 2032 |

*[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]*

1. Name of facility holding the hearing: Branchville Correctional Facility

    Date of hearing: 10/06/ 2023. Case number: BTC-23-09-001922   Offense:   Code # B-212.  Did you plead guilty? ○ Yes.  X No.

2. Lost earned credit time? ○ No.  X Yes, I lost 60 days earned credit time.

    Was the loss of earned credit time suspended? X No.  ○ Yes, it was suspended until: ___/___/_____.

    If suspended, has it been imposed? ○ No.  ○ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? X No.  ○ Yes, I was demoted from Class _____ to Class _____.

    Was the demotion suspended? ○ No.  X Yes, it was suspended until: I do not know.

    If suspended, has it been imposed? X No.  ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No.  X Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No.  X Yes, the result was: Denied

6. 6. Previously challenged this disciplinary hearing in <u>federal</u> court? X No.  ○ Yes, case number:

7. 7. Are you paying the $5.00 filing fee?

    X Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

    ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION: *If you do not present every ground in this petition, you may be barred from doing so later.*]**

**GROUND ONE:** Sufficiency of Evidence/false evidence

Captain Noble wrote the conduct report stating that he saw Offender Burnett place Offender Karp in a choke hold and that he reviewed the cameras prior to the incident and saw Karp strike Burnett in the face "at least (sic) two times". The hearing officer stated that he reviewed the video and saw I/I Karp and the other offender "had each other in a headlock, and I/I Karp sustained and injury to the head". I asked for the video evidence that I struck the offender in the face and it could not be found so the hearing officer found me guilty of holding onto my attacker after I was assaulted and blood was in my eyes. Offender Burnett was not written up nor did he sustain any injuries. Captain Noble wrote me up based on the false evidence that I struck Burnett not because he saw me put Burnett in a "headlock" while I was profusely bleeding from the forehead. The some evidence standard has not been met in this particular case being that the hearing officer chose to assume that I assaulted Burnett even though no evidence was presented that I touched Burnett in a rude, insolent, or angry manner that did not cause injury because a superior staff wrote the conduct report. Mere speculation or suspicion of a violation is insufficient to sustain a B-212 violation. The facility head chose to uphold the finding of the hearing officer by stating that I instigated the incident by walking "aggressively" behind Burnett. This is also just speculation and assumption and not proof that I assaulted anyone that would violate IDOC B-212. Both the hearing officer and the facility head are just rubber stamping the Captains conduct report even though I showed that he submitted false evidence in the conduct report and that there isn't even a scintilla of evidence to show I assaulted anyone but actually the opposite occurred and I was assaulted, I had the gash on my forehead and I was sent to segregation with a conduct report while the Burnett was left alone and unhurt.

Did you present Ground One to the Final Reviewing Authority?  X Yes.  ○ No, because _____

_____

**GROUND TWO:** Due process violation

After Captain Noble wrote the B-212 violation, per IDOC policy 02-04-101, he was to inform me that I would receive a conduct report. Instead he sent me to segregation and never informed me of this fact. I only found out about this conduct report when I was called to the screening officer.

Did you present Ground Two to the Final Reviewing Authority?  X Yes.  ○ No, because _____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [*Check all that apply.*]

X Report of Conduct
X Screening Report
X Report of Disciplinary Hearing
X Letter from the Final Reviewing Authority
X Other relevant documents: Picture of Karp's forehead wound... approx. 2 ½ inches

## RELIEF

I ask for the following relief: I want my 60 days credit time restored, the credit class that was suspended to be removed or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 10/30/2023 at 12:45 am/(pm.)
[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

____V. Karp_____        ____149143____
Signature                                                              Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]