UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| VICTOR KARP, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 3:23-cv-00184-MPB-CSW |
| WARDEN, | ) ) ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is DISMISSED without prejudice.

Dated: January 24, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

VICTOR KARP
149143
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Evan Matthew Comer
Office of Indiana Attorney General
evan.comer@atg.in.gov